## MOSES PRICHARD *versus* HENRY SANDERSON AND AMOS FARRAR

JOURNAL ENTRIES (1824–25): *Journal 3:* (1) Rule for bail or procedendo *p. 484; (2) rule for bail extended, recognizance taken *p. 492. *Journal 4:* (3) Relicta cognovit, rule for judgment MS p. 10.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) request to alter precipe; (3) writ of habeas corpus and return; (4) motion for rule to appear; (5) recognizance; (6) declaration; (7) plea of non assumpsit; (8) relicta cognovit; (9) precipe for execution fi. fa.; (10) writ of fi. fa.; (11) precipe for fi. fa.; (12) alias fi. fa. and return.

*1824–36 Calendar*, MS p. 39. Recorded in *Book B*, MS pp. 466–68.

## JAMES ALLEN *versus* DeGARMO JONES

JOURNAL ENTRIES (1824–25): *Journal 3:* (1) Rule to declare and to plead *p. 485. *Journal 4:* (2) Motion for default judgment MS p. 2; (3) issue ordered sent to circuit court for trial MS p. 32.

PAPERS IN FILE: (1) Precipe for summons; (2) summons and return; (3) declaration; (4) plea in abatement; (5) precipe for subpoena; (6) subpoena; (7) motion for judgment for want of plea; (8) plea of not guilty.

*1824–36 Calendar*, MS p. 42.